# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 16, 2013

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| Nos. 11-3000 & 11-3109 | Appeals from the United States District Court for the Northern District of Illinois, Western Division. |
| OTTO MAY, JR., *Plaintiff-Appellant/Cross-Appellee,* | |
| | No. 02-C-50440 |
| v. | |
| | Frederick J. Kapala, *Judge.* |
| CHRYSLER GROUP, LLC, *Defendant-Appellee/Cross-Appellant.* | |

## O R D E R

The opinion of this court issued on May 14, 2013, is amended as follows:

Page 1, line 2, "Belvedere" should be "Belvidere";

Page 2, line 20, "Belvedere" should be "Belvidere";

Page 4, line 28, "Belvedere"(in both instances) should be "Belvidere";

Page 12, line 16, "Belvedere" should be "Belvidere";

Page 13, line 10, "Belvedere" should be "Belvidere".